# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2008

134564

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

46TH CIRCUIT TRIAL COURT,
        Plaintiff, Counter-Defendant,
        Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
        Defendants, Counter-Plaintiffs,
        Third-Party Plaintiffs-Appellants,
and

KALKASKA COUNTY,
        Third-Party Plaintiff,
        Counter-Defendant-Appellant,
and

OTSEGO COUNTY,
        Third-Party Defendant.
_____/

SC: 134564
COA: 252335
Crawford CC: 02-005951-CZ

On order of the Court, the application for leave to appeal the July 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. A public question being involved, and in light of the relationships between the parties, no costs are awarded.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2008

_____
Clerk

d0318